No. 97–5549. LISBY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5553. ATKINS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–5554. PARKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5555. SLATER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5557. BROOKS v. BARRY, WARDEN, ET AL. Ct. App. Ga. Certiorari denied.

No. 97–5558. REYES v. DEPARTMENT OF DEFENSE. C. A. Fed. Cir. Certiorari denied.

No. 97–5560. HARRIS v. WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5561. DEROSA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5562. GRAHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5563. DONESTEVEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5565. NELSON, AKA HORN v. GRIMMETT, SHERIFF, LOGAN COUNTY, WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 97–5566. HARRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5567. HOLMES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5568. EIDSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5569. SHULZE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.